**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action: 1:25-cv-2002-GPG-MDB

JEANETTE FISTER,

Plaintiff,

v.

CITIZENS FINANCIAL GROUP, INC.,
and FREEDOM FOREVER COLORADO, LLC,
and SOLAR MOSAIC, LLC and AARON SCHNEIDER,
and JOHN DOE and VIVINT HOME SECURITY SYSTEMS,

Defendants.

---

**DEFENDANT FREEDOM FOREVER COLORADO, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S FIRST VERIFIED COMPLAINT AND JURY DEMAND**

---

Defendant Freedom Forever Colorado, LLC ("Freedom Forever"), by and through its undersigned counsel, states as follows for its Answer and Defenses to Plaintiff Jeanette Fister's ("Plaintiff") First Verified Complaint and Jury Demand (Doc. 4) (the "Complaint").

## FREEDOM FOREVER'S ADMISSIONS AND DENIALS

Parties[1]

1. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 1 of the Complaint and therefore denies them.

2. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 2 of the Complaint and therefore denies them.

[1] The underlined headings contained herein correspond with the headings contained in Plaintiff's Complaint.

3. Freedom Forever admits the allegations in Paragraph 3 of the Complaint.

4. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 4 of the Complaint and therefore denies them.

5. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 5 of the Complaint and therefore denies them.

6. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 6 of the Complaint and therefore denies them.

7. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 7 of the Complaint and therefore denies them.

8. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 8 of the Complaint and therefore denies them.

9. Freedom Forever denies the allegations in Paragraph 9 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 9 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

## Jurisdiction and Venue

10. Freedom Forever admits that this Court has personal jurisdiction over Freedom Forever. To the extent the allegations in Paragraph 10 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis. Freedom Forever denies the remainder of the allegations in Paragraph 10 of the Complaint.

11. Freedom Forever admits that venue is proper in this Court. Freedom Forever denies the remainder of the allegations in Paragraph 11 of the Complaint.

12. Freedom Forever admits the allegations in Paragraph 12 of the Complaint.

General Allegations

13. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 13 of the Complaint and therefore denies them.

14. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 14 of the Complaint and therefore denies them.

15. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 15 of the Complaint and therefore denies them.

16. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 16 of the Complaint and therefore denies them.

17. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 17 of the Complaint and therefore denies them.

18. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 18 of the Complaint and therefore denies them.

19. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 19 of the Complaint and therefore denies them.

20. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 20 of the Complaint and therefore denies them.

21. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 21 of the Complaint and therefore denies them.

22. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 22 of the Complaint and therefore denies them.

23. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 23 of the Complaint and therefore denies them.

24. Freedom Forever denies the allegations in Paragraph 24 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 24 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

25. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 25 of the Complaint and therefore denies them.

26. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 26 of the Complaint and therefore denies them.

27. Freedom Forever denies the allegations in Paragraph 27 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 27 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

28. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 28 of the Complaint and therefore denies them.

29. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 29 of the Complaint and therefore denies them.

30. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 30 of the Complaint and therefore denies them.

31. Paragraph 31 of the Complaint states conclusions of law to which no response is required. To the extent that a response is required, Freedom Forever denies the allegations and statements in Paragraph 31 of the Complaint to the extent they pertain to Freedom Forever. To the extent the allegations in Paragraph 31 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

32. Paragraph 32 of the Complaint states conclusions of law to which no response is required. To the extent that a response is required, Freedom Forever denies the allegations and statements in Paragraph 32 of the Complaint to the extent they pertain to Freedom Forever. To the extent the allegations in Paragraph 32 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

33. Paragraph 33 of the Complaint states conclusions of law to which no response is required. To the extent that a response is required, Freedom Forever denies the allegations and statements in Paragraph 33 of the Complaint to the extent they pertain to Freedom Forever. To the extent the allegations in Paragraph 33 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

34. Freedom Forever denies the allegations in Paragraph 34 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 34 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

35. Paragraph 35 of the Complaint states conclusions of law to which no response is required. To the extent that a response is required, Freedom Forever denies the allegations and statements in Paragraph 35 of the Complaint to the extent they pertain to Freedom Forever. To the extent the allegations in Paragraph 35 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

<u>First Claim for Relief</u>
(Fraud)

36. Freedom Forever incorporates the admissions, denials, and responses to the preceding paragraphs as though fully set forth herein. Freedom Forever denies the remainder of the allegations in Paragraph 36 of the Complaint.

37. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 37 of the Complaint and therefore denies them.

38. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 38 of the Complaint and therefore denies them.

39. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 39 of the Complaint and therefore denies them.

40. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 40 of the Complaint and therefore denies them.

41. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 41 of the Complaint and therefore denies them.

42. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 42 of the Complaint and therefore denies them.

43. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 43 of the Complaint and therefore denies them.

44. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 44 of the Complaint and therefore denies them.

45. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 45 of the Complaint and therefore denies them.

46. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 46 of the Complaint and therefore denies them.

47. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 47 of the Complaint and therefore denies them.

48. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 48 of the Complaint and therefore denies them.

## Second Claim for Relief
(Intentional Misrepresentation)

49. Freedom Forever incorporates the admissions, denials, and responses to the preceding paragraphs as though fully set forth herein. Freedom Forever denies the remainder of the allegations in Paragraph 49 of the Complaint.

50. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 50 of the Complaint and therefore denies them.

51. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 51 of the Complaint and therefore denies them.

52. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 52 of the Complaint and therefore denies them.

53. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 53 of the Complaint and therefore denies them.

54. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 54 of the Complaint and therefore denies them.

55. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 55 of the Complaint and therefore denies them.

56. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 56 of the Complaint and therefore denies them.

57. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 57 of the Complaint and therefore denies them.

Third Claim for Relief
(Negligent Misrepresentation)

58. Freedom Forever incorporates the admissions, denials, and responses to the preceding paragraphs as though fully set forth herein. Freedom Forever denies the remainder of the allegations in Paragraph 58 of the Complaint.

59. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 59 of the Complaint and therefore denies them.

60. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 60 of the Complaint and therefore denies them.

61. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 61 of the Complaint and therefore denies them.

62. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 62 of the Complaint and therefore denies them.

63. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 63 of the Complaint and therefore denies them.

64. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 64 of the Complaint and therefore denies them.

65. Freedom Forever denies the allegations in Paragraph 65 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 65 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

66. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 66 of the Complaint and therefore denies them.

67. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 67 of the Complaint and therefore denies them.

68. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 68 of the Complaint and therefore denies them.

## Fourth Claim for Relief
(Violation of Colorado Fair Debt Collection Act)

69. Freedom Forever incorporates the admissions, denials, and responses to the preceding paragraphs as though fully set forth herein. Freedom Forever denies the remainder of the allegations in Paragraph 69 of the Complaint.

70. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 70 of the Complaint and therefore denies them.

71. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 71 of the Complaint and therefore denies them.

72. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 72 of the Complaint and therefore denies them.

73. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 73 of the Complaint and therefore denies them.

74. Freedom Forever denies the allegations in Paragraph 74 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 74 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

75. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 75 of the Complaint and therefore denies them.

76. Freedom Forever denies the allegations in Paragraph 76 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 76 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

77. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 77 of the Complaint and therefore denies them.

78. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 78 of the Complaint and therefore denies them.

Fifth Claim for Relief
(Civil Conspiracy)

79. Freedom Forever incorporates the admissions, denials, and responses to the preceding paragraphs as though fully set forth herein. Freedom Forever denies the remainder of the allegations in Paragraph 79 of the Complaint.

80. Freedom Forever denies the allegations in Paragraph 80 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 80 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

81. Freedom Forever denies the allegations in Paragraph 81 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 81 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

82. Freedom Forever denies the allegations in Paragraph 82 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 82 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

83. Freedom Forever denies the allegations in Paragraph 83 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 83 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

84. Freedom Forever denies the allegations in Paragraph 84 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 84 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

85. Freedom Forever denies the allegations in Paragraph 85 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 85 of the

Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

<u>Sixth Claim for Relief</u>
(Violation of the Colorado Consumer Protection Act)

86. Freedom Forever incorporates the admissions, denials, and responses to the preceding paragraphs as though fully set forth herein. Freedom Forever denies the remainder of the allegations in Paragraph 86 of the Complaint.

87. Freedom Forever denies the allegations in Paragraph 87 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 87 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

88. Freedom Forever denies the allegations in Paragraph 88 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 88 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

89. Freedom Forever denies the allegations in Paragraph 89 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 89 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

90. Freedom Forever denies the allegations in Paragraph 90 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 90 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

91. Freedom Forever denies the allegations in Paragraph 91 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 91 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

92. Freedom Forever denies the allegations in Paragraph 92 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 92 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

93. Freedom Forever denies the allegations in Paragraph 93 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 93 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

94. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 94 of the Complaint and therefore denies them.

95. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 95 of the Complaint relating to Plaintiff's citizenship and therefore denies them. The remaining allegations in Paragraph 95 of the Complaint state conclusions of law to which no response is required. To the extent that a response is required, Freedom Forever denies the allegations and statements in Paragraph 95.

96. Freedom Forever denies the allegations in Paragraph 96 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 96 of the

Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

Seventh Claim for Relief
(Violation of the Truth and Lending Act)

97. Freedom Forever incorporates the admissions, denials, and responses to the preceding paragraphs as though fully set forth herein. Freedom Forever denies the remainder of the allegations in Paragraph 97 of the Complaint.

98. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 98 of the Complaint and therefore denies them.

99. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 99 of the Complaint and therefore denies them.

100. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 100 of the Complaint and therefore denies them.

101. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 101 of the Complaint and therefore denies them.

102. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 102 of the Complaint and therefore denies them.

103. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 103 of the Complaint and therefore denies them.

104. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 104 of the Complaint and therefore denies them.

105. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 105 of the Complaint and therefore denies them.

106. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 106 of the Complaint and therefore denies them.

107. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 107 of the Complaint and therefore denies them.

108. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 108 of the Complaint and therefore denies them.

109. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 109 of the Complaint and therefore denies them.

110. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 110 of the Complaint and therefore denies them.

111. Freedom Forever denies the allegations in Paragraph 111 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 111 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

Eighth Claim for Relief
(Negligence Per Se)

112. Freedom Forever incorporates the admissions, denials, and responses to the preceding paragraphs as though fully set forth herein. Freedom Forever denies the remainder of the allegations in Paragraph 112 of the Complaint.

113. Paragraph 113 of the Complaint states conclusions of law to which no response is required. To the extent that a response is required, Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 113 of the Complaint and therefore denies them.

114. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 114 of the Complaint and therefore denies them.

115. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 115 of the Complaint and therefore denies them.

116. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 116 of the Complaint and therefore denies them.

117. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 117 of the Complaint and therefore denies them.

118. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 118 of the Complaint and therefore denies them.

119. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 119 of the Complaint and therefore denies them.

120. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 120 of the Complaint and therefore denies them.

121. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 121 of the Complaint and therefore denies them.

## Ninth Claim for Relief
(Negligent Training)

122. Freedom Forever incorporates the admissions, denials, and responses to the preceding paragraphs as though fully set forth herein. Freedom Forever denies the remainder of the allegations in Paragraph 122 of the Complaint.

123. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 123 of the Complaint and therefore denies them.

124. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 124 of the Complaint and therefore denies them.

125. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 125 of the Complaint and therefore denies them.

126. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 126 of the Complaint and therefore denies them.

127. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 127 of the Complaint and therefore denies them.

128. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 128 of the Complaint and therefore denies them.

129. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 129 of the Complaint and therefore denies them.

130. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 130 of the Complaint and therefore denies them.

131. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 131 of the Complaint and therefore denies them.

132. Freedom Forever denies the statements and allegations contained in Paragraph 132 of the Complaint.

133. Freedom Forever denies the statements and allegations contained in Paragraph 133 of the Complaint.

134. Freedom Forever denies the statements and allegations contained in Paragraph 134 of the Complaint.

135. Freedom Forever denies the statements and allegations contained in Paragraph 135 of the Complaint.

136. Freedom Forever denies the statements and allegations contained in Paragraph 136 of the Complaint.

137. Freedom Forever denies the statements and allegations contained in Paragraph 137 of the Complaint.

138. Freedom Forever denies the statements and allegations contained in Paragraph 138 of the Complaint.

139. Freedom Forever denies the statements and allegations contained in Paragraph 139 of the Complaint.

140. Freedom Forever denies the statements and allegations contained in Paragraph 140 of the Complaint.

141. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 141 of the Complaint and therefore denies them.

142. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 142 of the Complaint and therefore denies them.

143. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 143 of the Complaint and therefore denies them.

144. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 144 of the Complaint and therefore denies them.

145. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 145 of the Complaint and therefore denies them.

146. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 146 of the Complaint and therefore denies them.

147. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 147 of the Complaint and therefore denies them.

148. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 148 of the Complaint and therefore denies them.

149. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 149 of the Complaint and therefore denies them.

150. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 150 of the Complaint and therefore denies them.

151. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 151 of the Complaint and therefore denies them.

152. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 152 of the Complaint and therefore denies them.

153. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 153 of the Complaint and therefore denies them.

154. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 154 of the Complaint and therefore denies them.

155. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 155 of the Complaint and therefore denies them.

156. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 156 of the Complaint and therefore denies them.

157. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 157 of the Complaint and therefore denies them.

Tenth Claim for Relief
(Negligent Infliction of Emotional Distress)

158. Freedom Forever incorporates the admissions, denials, and responses to the preceding paragraphs as though fully set forth herein. Freedom Forever denies the remainder of the allegations in Paragraph 158 of the Complaint.

159. Paragraph 159 of the Complaint states conclusions of law to which no response is required. To the extent that a response is required, Freedom Forever denies the allegations in Paragraph 159 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 159 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

160. Freedom Forever denies the allegations in Paragraph 160 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 160 of the

Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

161. Paragraph 161 of the Complaint states conclusions of law to which no response is required. To the extent that a response is required, Freedom Forever denies the statements and allegations contained in Paragraph 161 of the Complaint.

162. Freedom Forever denies the allegations in Paragraph 162 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 162 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

163. Freedom Forever denies the allegations in Paragraph 163 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 163 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

164. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 164 of the Complaint and therefore denies them.

165. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 165 of the Complaint and therefore denies them.

166. Freedom Forever lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in Paragraph 166 of the Complaint and therefore denies them.

167. Freedom Forever denies the allegations in Paragraph 167 of the Complaint to the extent they relate to Freedom Forever. To the extent the allegations in Paragraph 167 of the Complaint pertain to the other named defendants, Freedom Forever lacks sufficient knowledge or information to form a belief as to their truth or accuracy and therefore denies them on that basis.

Prayer for Relief

The Prayer for Relief and corresponding subparagraphs in the Complaint contain allegations relating to the amount and/or type of damages sought by Plaintiff, allegations to which no response is required. To the extent that a response is required, Freedom Forever denies the allegations contained in the Prayer for Relief and corresponding subparagraphs in the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiff's claims are barred, in whole or in part, because the Complaint fails to state a claim upon which relief can be granted against Freedom Forever.

### SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, by lack of damages.

### THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, under the doctrine of comparative fault, as Plaintiff's own acts or omissions proximately caused or contributed to the alleged injuries and/or damages, if any.

### FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff's alleged damages, if any, were the proximate result of an independent, intervening, and/or superseding causal force.

FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, under the doctrine of estoppel. Plaintiff is estopped from asserting the claims in the Complaint by reason of Plaintiff's own acts and conduct, upon which Freedom Forever reasonably and justifiably relied.

SIXTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because any alleged damages were not proximately caused by any act or omission of Freedom Forever.

SEVENTH DEFENSE

To the extent Plaintiff's claims sound in fraud, they are barred due to Plaintiff's failure to plead fraud with the particularity required by Federal Rule of Civil Procedure 9(b), at least as to Freedom Forever.

Freedom Forever reserves the right to amend this Answer and Defenses, file further pleadings, and to assert additional defenses, including affirmative defenses, and any other claims following additional discovery and investigation of the issues raised in this action and the Complaint.

WHEREFORE, Defendant Freedom Forever Colorado, LLC denies that Plaintiff Jeanette Fister is entitled to judgment against it and specifically denies any liability to Plaintiff. Accordingly, Freedom Forever respectfully requests that the Court enter judgment in its favor and award such other and further relief as the Court deems just and proper.

Dated: July 21, 2025.

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Zachary A. Flagel*

Jordan C. Bledsoe[2]
Utah Bar No. 15545
jordan.bledsoe@foley.com
Shane McDonald
Texas Bar No. 24092797
smcdonald@foley.com
Zachary A. Flagel
Colorado Bar No. 59507
zflagel@foley.com
1144 15th Street, Suite 2200
Denver, Colorado 80202
Telephone: (720) 437-2000
Facsimile: (720) 437-2200

***Attorneys for Defendant***
***Freedom Forever Colorado, LLC***

[2] In accordance with D.C.COLO. Local Rule LAttyR 3, Jordan C. Bledsoe and Shane McDonald will both submit Applications for Admissions to the Bar of the U.S. District Court, District of Colorado, along with the application fee.

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July 2025, I electronically filed the foregoing **DEFENDANT FREEDOM FOREVER COLORADO, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S FIRST VERIFIED COMPLAINT AND JURY DEMAND** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

*/s/ Zachary A. Flagel*
Zachary A. Flagel